# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUIS VINCENTE ROJAS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-93** |
| **ST. TAMMANY PARISH SHERIFF'S DEPARTMENT, ET AL.** | **SECTION: "H"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is dismissed as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

New Orleans, Louisiana, this 27th day of December, 2018.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**